**Roger Allen POSTMUS, Plaintiff–Appellant,**

v.

**LOS ANGELES COUNTY; et al., Defendants–Appellees.**

No. 01–35299.

D.C. No. CV 00–01697–BR.

United States Court of Appeals, Ninth Circuit.

Submitted April 8, 2002.*

Decided April 16, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before BROWING, KLEINFELD, and GOULD, Circuit Judges.

### MEMORANDUM**

Roger Allen Postmus appeals pro se the district court's dismissal for failure to state a claim in his diversity action alleging various defendants engaged in conspiracy, fraud, negligence, malfeasance, and wrongful death. We have jurisdiction pursuant to 28 U.S.C. § 1291 and we affirm.

We review de novo the district court's sua sponte dismissal of the complaint under Fed.R.Civ.P. 12(b)(6). *Thompson v. Davis,* 282 F.3d 780, 783 (9th Cir.2002). Postmus's claims are legally frivolous. Accordingly, the district court did not err in dismissing his action. *See Denton v. Hernandez,* 504 U.S. 25, 33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992).

All pending motions are denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

